MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
VATANA LAY, ESQ.
Nevada Bar No. 12993
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: vatana.lay@akerman.com

*Attorneys for Plaintiff Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., AS SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP, FKA COUNTRYWIDE HOME LOANS SERVICING, LP, <br><br> Plaintiff, <br><br> vs. <br><br> RAINBOW BEND HOMEOWNERS ASSOCIATION; PHIL FRINK & ASSOCIATES, INC.; DANIEL HALL; AND DIANA HALL, <br><br> Defendants. | Case No.: 3:17-cv-00049-MMD-WGC <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DEFENDANTS DANIEL HALL AND DIANA HALL'S MOTION TO DISMISS OR FOR SUMMARY JUDGMENT** |

Plaintiff, Bank of America, N.A. successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP (**BANA**), and defendants Diana Hall and Daniel Hall (the **Halls**) respectfully submit the following stipulation to allow BANA fourteen additional days to oppose the Halls' motion to dismiss or for summary judgment [ECF No. 25].

The Halls filed their motion on August 28, 2017. BANA's deadline to file its opposition is September 11, 2017. The parties stipulate to extending BANA's deadline by fourteen additional days, to September 25, 2017, to allow BANA additional time to prepare its opposition. Good cause exists to extend the deadline, as the extension will allow BANA's counsel to more fully review the points and authorities raised in the motion.

1

42817922;1

This is BANA's first request for an extension of this deadline and is not intended for the purposes of prejudice or delay.

| **AKERMAN LLP** | **LIPSON NEILSON COLE SELTZER & GARIN** |
|---|---|
| /s/ *Vatana Lay, Esq.* | */s/ Peter E. Dunkley* |
| MELANIE D. MORGAN, ESQ. | KALEB D. ANDERSON, ESQ. |
| Nevada Bar No. 8215 | Nevada Bar No. 7582 |
| VATANA LAY, ESQ. | PETER E. DUNKLEY |
| Nevada Bar No. 12993 | Nevada Bar No. 11110 |
| 1160 Town Center Drive, Suite 330 | 9900 Covington Cross Drive |
| Las Vegas, Nevada 89144 | Las Veags, Nevada 89144 |
| *Attorneys for Plaintiff* | *Attorneys for Daniel Hall and Diana Hall* |

**ORDER**

IT IS SO ORDERED:

UNITED STATES DISTRICT JUDGE

September 11, 2017

DATED