GAYLE A. KERN, ESQ.
Nevada Bar No. 1620
KAREN M. AYARBE, ESQ.
Nevada Bar No. 3358
KERN & ASSOCIATES, LTD.
5421 Kietzke Lane, Ste. 200
Reno, Nevada 89511
Tel: (775) 324-5930
Fax: (775) 324-6173
Email: gaylekern@kernltd.com
Email: karenayarbe@kernltd.com

*Attorneys for Defendant,*
*Rainbow Bend Homeowners Association*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., AS SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP, FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>v.<br><br>RAINBOW BEND HOMEOWNERS ASSOCIATION; PHIL FRINK & ASSOCIATES, INC., DANIEL HALL; AND DIANA HALL,<br><br>Defendants.<br>_____/ | Case No.: 3:17-cv-00049-MMD-WGC<br><br><br>STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT RAINBOW BEND HOMEOWNERS ASSOCIATION TO OPPOSE PLAINTIFF BANK OF AMERICA, N.A.'S MOTION FOR PARTIAL SUMMARY JUDGMENT<br><br>[First Request] |

***IT IS HEREBY STIPULATED*** between Plaintiff Bank of America, N.A. ("BANA"), by and through its attorneys of record, Akerman LLP, and Defendant, Rainbow Bend Homeowners Association (the "Association") by and through its counsel Kern & Associates, Ltd., (collectively referred to as the "Parties") to extend the deadline for the Association to oppose BANA's Motion

for Partial Summary Judgment filed September 25, 2017 ("Motion" at ECF No. 29) to November 1, 2017.

The Association's opposition to BANA's Motion is currently due on October 16, 2017. Good cause exists to extend the deadline, as the extension will allow the Association's counsel an opportunity to review more fully the points and authorities raised in BANA's Motion and to adequately respond thereto.

This is the Parties' first request for an extension and is not intended to cause any delay or prejudice to any party.

DATED this 13th day of October, 2017.   DATED this 13th day of October, 2017.

**KERN & ASSOCIATES, LTD.**   *AKERMAN, LLP*

/s/ Karen M. Ayarbe, Esq.          /s/ Vatana Lay, Esq.
KAREN M. AYARBE, ESQ.          VATANA LAY, ESQ.
Nevada Bar No. 3358             Nevada Bar No. 12993
5421 Kietzke Lane, Ste. 200     1160 Town Center Drive, Ste. 330
Reno, NV 89511                  Las Vegas, NV 89144
Tel: (775) 324-5930             Tel: (702) 634-500
Fax: (775) 324-6173             Fax: (702) 380-8572
*Attorneys for Defendant,*      *Attorney for Plaintiff*
*Rainbow Bend Homeowners Association*   *Bank of America, N.A.*

## **ORDER**

***IT IS SO ORDERED.***

DATED this 17th day of October 2017.

_____
UNITED STATES DISTRICT JUDGE

*Respectfully Submitted By:*
***KERN & ASSOCIATES, LTD.***

/s/ Karen M. Ayarbe, Esq.
KAREN M. AYARBE, ESQ.
*Attorneys for Defendant,*
*Rainbow Bend Homeowners Association*

# CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure 5(b), I certify that on the 13th day of October 2017, I served via the CM/ECF electronic filing system, and in accord with Local Rule IC 4-1(b) of the United States District Court for the District of Nevada, a true and correct copy of the ***STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT RAINBOW BEND HOMEOWNERS ASSOCIATION TO OPPOSE PLAINTIFF BANK OF AMERICA, N.A.'S MOTION FOR PARTIAL SUMMARY JUDGMENT [First Request]*** to the attorneys associated with this case.

| | |
|---|---|
| **Kaleb D. Anderson** | kanderson@lipsonneilson.com<br>snutt@lipsonneilson.com<br>epena@lipsonneilson.com<br>rrittenhouse@lipsonneilson.com |
| **Peter E. Dunkley** | pdunkley@lipsonneilson.com<br>snutt@lipsonneilson.com<br>sochoa@lipsonneilson.com<br>rrittenhouse@lipsonneilson.com |
| **Vatana Lay** | vatana.lay@akerman.com<br>jennifer.richardson@akerman.com<br>erin.abugow@akerman.com<br>tracey.wayne@akerman.com<br>ginny.webb@akerman.com<br>AkermanLAS@akerman.com |
| **Melanie D Morgan** | melanie.morgan@akerman.com<br>jennifer.richardson@akerman.com<br>erin.abugow@akerman.com<br>akermanlas@akerman.com<br>tracey.wayne@akerman.com<br>allen.stephens@akerman.com |

*/s/ Christine A. Lamia*_____
An Employee of Kern & Associates, Ltd.