MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
TENESA S. POWELL, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: tenesa.powell@akerman.com

*Attorneys for Plaintiff Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., AS SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP, FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br>vs.<br>RAINBOW BEND HOMEOWNERS ASSOCIATION; PHIL FRINK & ASSOCIATES, INC.; DANIEL HALL; AND DIANA HALL,<br><br>Defendants. | Case No.: 3:17-cv-00049-MMD-WGC<br><br>**STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE** |

Plaintiff Bank of America, N.A. successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP and defendants Rainbow Bend Homeowners Association, and Daniel and Diana Hall stipulate to allow the parties fourteen (14) additional days to file dispositive motions—from February 4, 2019 until February 18, 2019.

This is the parties' first request to extend the dispositive motion deadline, and is not made to cause delay or prejudice to any party.

1

| | |
|---|---|
| Dated this 1st day of February, 2019. | Dated this 1st day of February, 2019. |
| **AKERMAN LLP** | **KERN & ASSOCIATES, LTD.** |
| */s/ Tenesa S. Powell* | */s/ Karen M. Ayarbe* |
| MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>TENESA S. POWELL, ESQ.<br>Nevada Bar No. 12488<br>1635 Village Center Circle, Ste. 200<br>Las Vegas, Nevada 89134 | GAYLE A. KERN, ESQ.<br>Nevada Bar No. 1620<br>KAREN M AYARBE, ESQ.<br>Nevada Bar No. 3358<br>5421 Kietzke Lane, Suite 200<br>Reno, Nevada 89511 |
| *Attorneys for Plaintiff Bank of America, N.A.* | *Attorneys for Defendant Rainbow Bend Homeowners Association* |

Dated this 1st day of February, 2019.

**LIPSON, NEILSON, COLE, SELTZER, & GARIN, P.C.**

 */s/ Peter E. Dunkley*
Kaleb D. Anderson, Esq.
Nevada Bar No. 7582
Peter E. Dunkley, Esq.
Nevada Bar No. 11110
9900 Covington Cross Dr., Suite 120
Las Vegas, NV 89144
*Attorneys for Defendants
Daniel Hall and Diana Hall*

**IT IS SO ORDERED.**

*William G. Cobb*
UNITED STATES MAGISTRATE JUDGE

DATED: February 4, 2019