MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
TENESA S. POWELL, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: tenesa.powell@akerman.com

*Attorneys for Plaintiff Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., AS SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP, FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>vs.<br><br>RAINBOW BEND HOMEOWNERS ASSOCIATION; PHIL FRINK & ASSOCIATES, INC.; DANIEL HALL; AND DIANA HALL,<br><br>Defendants. | Case No.: 3:17-cv-00049-MMD-WGC<br><br>**STIPULATION FOR ORDER FOR EXTENSION OF TIME TO OPPOSE DANIEL AND DIANA HALLS' MOTION FOR SUMMARY JUDGMENT** |

Plaintiff Bank of America, N.A. successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP (**BANA**) and defendants Diana Hall and Daniel Hall (**the Halls**), submit this stipulation to extend BANA's deadline to oppose the Halls' summary judgment by two weeks—to March 21, 2019.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

1

The current deadline is March 7, 2019, 21 days after the summary judgment motion was filed on February 14. (*See* ECF No. 53.) The continuance is requested because BANA's counsel is currently drafting briefs in numerous cases and needs additional time to respond adequately to the arguments in the motion. This is the first request for an extension and is not made for purposes of undue delay.

Dated the 6th day of March, 2019.  |  Dated the 6th day of March, 2019.

**AKERMAN LLP**  |  **LIPSON NEILSON P.C.**

*/s/ Tenesa S. Powell*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
TENESA S. POWELL, ESQ.
Nevada Bar No. 12488
1635 Village Center Circle, Suite 200
Las Vegas, NV 89144

*Attorneys for Plaintiff Bank of America, N.A.*

*/s/ Peter E. Dunkley*
KALEB D. ANDERSON, ESQ.
Nevada Bar No. 7582
PETER E. DUNKLEY, ESQ.
Nevada Bar No. 11110
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144

*Attorneys for Defendants Daniel Hall and Diana Hall*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: March 7, 2019

2