MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
TENESA S. POWELL, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: tenesa.powell@akerman.com

*Attorneys for Plaintiff Bank of America, N.A.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., AS SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP, FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>vs.<br><br>RAINBOW BEND HOMEOWNERS ASSOCIATION; PHIL FRINK & ASSOCIATES, INC.; DANIEL HALL; AND DIANA HALL,<br><br>Defendants. | Case No.: 3:17-cv-00049-MMD-WGC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO EXTEND DEADLINES RELATED TO PENDING SUMMARY JUDGMENT MOTIONS**<br><br>**[FIRST AND SECOND REQUEST]** |

Plaintiff Bank of America, N.A. successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP (**BANA**) and defendants Rainbow Bend Homeowners Association (**Rainbow**), Diana Hall and Daniel Hall (**the Halls**), submit this stipulation to extend BANA's deadline to oppose the Halls' summary judgment motion by an additional two weeks—from March 21, 2019 to **April 4, 2019**. The Halls' reply supporting their summary judgment motion will be due two weeks after April 4, 2019—on **April 18, 2019**.

The parties further stipulate BANA's reply supporting its summary judgment motion, currently due March 25, 2019—is extended by 10 days, to **April 4, 2019**.

This is the parties' first request for an extension of the deadlines relating to BANA's summary judgment motion and second request for extension of the deadlines relating to the Halls' summary

1

judgment motion. The request is not made for the purposes of undue delay, but rather to allow counsel time to meaningfully respond to the arguments raised in the respective briefs.

Dated the 21st day of March, 2019.

**AKERMAN LLP**

*/s/ Tenesa S. Powell*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
TENESA S. POWELL, ESQ.
Nevada Bar No. 12488
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89144

*Attorneys for Plaintiff Bank of America, N.A.*

Dated the 21st day of March, 2019.

**LIPSON NEILSON P.C.**

*/s/ Peter E. Dunkley*
KALEB D. ANDERSON, ESQ.
Nevada Bar No. 7582
PETER E. DUNKLEY, ESQ.
Nevada Bar No. 11110
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144

*Attorneys for Defendants Daniel Hall and Diana Hall*

Dated the 21st day of March, 2019.

**LEACH KERN GRUCHOW ANDERSON SONG**

*/s/ Karen M. Ayarbe*
GAYLE A. KERN, ESQ.
Nevada Bar No. 1620
KAREN M. AYARBE, ESQ.
Nevada Bar No. 3358
5421 Kietzke Lane, Suite 200
Reno, Nevada 89511

*Attorneys for Defendant Rainbow Bend Homeowners Association*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: March 25, 2019

2