GAYLE A. KERN, ESQ.
Nevada Bar No. 1620
**KAREN M. AYARBE, ESQ.**
Nevada Bar No. 3358
**LEACH KERN GRUCHOW ANDERSON SONG**
5421 Kietzke Lane, Ste. 200
Reno, Nevada 89511
Tel: (775) 324-5930
Fax: (775) 324-6173
Email: gkern@lkglawfirm.com
Email: kayarbe@lkglawfirm.com

*Attorneys for Defendant Rainbow Bend Homeowners Association*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., AS SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP, FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>v.<br><br>RAINBOW BEND HOMEOWNERS ASSOCIATION; PHIL FRINK & ASSOCIATES, INC., DANIEL HALL; AND DIANA HALL,<br><br>Defendants. | Case No.: 3:17-cv-00049-MMD-WGC<br><br>**SUBSTITUTION OF ATTORNEY** |

Pursuant to SCR 46, Defendant Rainbow Bend Homeowners Association hereby consents to the substitution of the VAN DUYNE LAW GROUP in the place and stead of LEACH

///

///

///

1

KERN GRUCHOW ANDERSON SONG, as its attorney of record in the above-captioned case.

DATED this 19th day of June, 2019.

RAINBOW BEND HOMEOWNERS ASSOCIATION

By: _____
Gary Soverns, President
(Print Name & Title)

Karen M. Ayarbe, Esq., of Leach Kern Gruchow Anderson Song, hereby consents to the substitution of Sheila Van Duyne, of Van Duyne Law Group, as counsel of record for Defendant, Rainbow Bend Homeowners Association, in the above-captioned case in the place and stead of Leach Kern Gruchow Anderson Song.

DATED this 19th day of June, 2019.

LEACH KERN GRUCHOW ANDERSON SONG

By: _____
KAREN M. AYARBE, ESQ.

Sheila Van Duyne Esq., hereby consents to the substitution of Van Duyne Law Group in the place and stead of Leach Kern Gruchow Anderson Song, as counsel of record for Defendant, Rainbow Bend Homeowners Association, in the above-captioned case.

DATED this 19th day of June, 2019.

VAN DUYNE LAW GROUP

By: _____
SHEILA VAN DUYNE, ESQ.

IT IS SO ORDERED.

DATED: July 1, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

2