1   MELANIE D. MORGAN, ESQ.
    Nevada Bar No. 8215
2   TENESA S. POWELL, ESQ.
    Nevada Bar No. 12488
3   AKERMAN LLP
    1635 Village Center Circle, Suite 200
4   Las Vegas, NV 89134
    Telephone: (702) 634-5000
5   Facsimile: (702) 380-8572
    Email: melanie.morgan@akerman.com
6   Email: tenesa.powell@akerman.com

7   *Attorneys for Bank of America, N.A.*

8                    **UNITED STATES DISTRICT COURT**

9                        **DISTRICT OF NEVADA**

10  BANK OF AMERICA, N.A., AS SUCCESSOR          Case No.: 3:17-cv-00049-MMD-WGC
    BY MERGER TO BAC HOME LOANS
11  SERVICING, LP, FKA COUNTRYWIDE
    HOME LOANS SERVICING, LP,                    **ORDER GRANTING**
12                                               **MOTION TO REMOVE**
                                                 **ATTORNEY FROM ELECTRONIC**
13                  Plaintiff,                   **SERVICE LIST**

14  vs.

15  RAINBOW      BEND      HOMEOWNERS
    ASSOCIATION;   PHIL   FRINK   &
16  ASSOCIATES, INC.; DANIEL HALL; AND
    DIANA HALL,
17

18                  Defendants.

19  **TO:    ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

20          PLEASE TAKE NOTICE that Bank of America, N.A., hereby provides notice that Vatana

21  Lay, Esq., is no longer associated with the law firm of Akerman LLP.

22  . . .

23  . . .

24  . . .

25  . . .

26

27

28

    50068219;1

Akerman LLP continues to serve as counsel for Bank of America, N.A. in this action. All items, including, but not limited to, pleadings, papers, correspondence, documents and future notices in this action should continue to be directed to Melanie D. Morgan, Esq. and Tenesa S. Powell, Esq.

DATED this 12th day of September, 2019.

**AKERMAN LLP**

*/s/ Tenesa S. Powell*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
TENESA S. POWELL, ESQ.
Nevada Bar No. 12488
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134

*Attorneys for Bank of America, N.A.*

**COURT APPROVAL**

IT IS SO ORDERED.

Date: September 17, 2019.

UNITED STATES MAGISTRATE JUDGE