1  MELANIE D. MORGAN, ESQ.
   Nevada Bar No. 8215
2  TENESA S. POWELL, ESQ.
   Nevada Bar No. 12488
3  AKERMAN LLP
   1635 Village Center Circle, Suite 200
4  Las Vegas, NV 89134
   Telephone: (702) 634-5000
5  Facsimile: (702) 380-8572
   Email: melanie.morgan@akerman.com
6  Email: tenesa.powell@akerman.com

7  *Attorneys for Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., AS SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP, FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>vs.<br><br>RAINBOW BEND HOMEOWNERS ASSOCIATION; PHIL FRINK & ASSOCIATES, INC.; DANIEL HALL; AND DIANA HALL,<br><br>Defendants. | Case No.: 3:17-cv-00049-MMD-WGC<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

PLEASE TAKE NOTE that Plaintiff Bank of America, N.A., as Successor by Merger to BAC Home Loans Servicing, LP, fka Countrywide Home Loans Servicing, LP (**BANA**), Defendants Daniel Hall, Diana Hall, and Rainbow Bend Homeowners Association by and through their respective counsel of record, hereby stipulate and agree to dismiss this action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

. . .

. . .

. . .

. . .

50917283;1

*Bank of America, N.A. v. Rainbow Bend Homeowners Association, et al.*
*Case No.: 3:17-cv-00049-MMD-WGC*

Each party to bear its own costs and fees.

**IT IS SO STIPULATED.**

DATED this 6th day of December, 2019.

| **AKERMAN LLP** | **LIPSON NEILSON P.C.** |
|---|---|
| */s/ Tenesa S. Powell*<br>MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>TENESA S. POWELL, ESQ.<br>Nevada Bar No. 12488<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89144<br><br>*Attorneys for Plaintiff Bank of America, N.A.* | */s/ Kaleb Anderson*<br>KALEB D. ANDERSON, ESQ.<br>Nevada Bar No. 7582<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, Nevada 89144<br><br>*Attorneys for Defendants Daniel Hall and Diana Hall* |

**VAN DUYNE LAW GROUP**

*/s/ Sheila Van Duyne*
SHEILA VAN DUYNE
Nevada Bar No. 9899
1188 California Avenue
Reno, Nevada 89509

*Attorneys for Defendant Rainbow Bend Homeowners Association*

**ORDER**

**IT IS SO ORDERED.**

Dated this 6th day of December, 2019

**UNITED STATES DISTRICT COURT JUDGE**

50917283;1